**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr482-MHT** |
| | ) | **(WO)** |
| **ERWIN SMITH** | ) | |

**ORDER**

As he is no longer incarcerated, it is ORDERED that defendant Erwin Smith's motion for compassionate release (doc. no. 828) is denied as moot.

DONE, this the 29th day of July, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**